■ ASIA IMPEX CORPORATION, Respondent, v. MERCHANTS CHEMICAL COMPANY, INC., Defendant and Third-Party Plaintiff-Appellant. SIDNEY M. HONIG et al., Third-Party Defendants-Appellants.— Order unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, Frank and Valente, JJ.

■ TEX MCCRARY, INC., Respondent, v. ITKIN AFFRIME BECKER DESIGN ASSOCIATES, INC., Appellant.— Order granting plaintiff's motion for an examination before trial of the defendant unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Order entered December 7, 1956, denying defendant's motion for reargument, unanimously dismissed. Concur — Breitel, J. P., Rabin, Frank and Valente, JJ.

■ In the Matter of MOSES A. MONROE, Appellant, against CHARLES L. PATTERSON et al., Constituting the New York City Transit Authority, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Botein, Rabin, Frank and Valente, JJ. [See 2 A D 2d 882.]

■ In the Matter of SELMA ELLISON, Appellant, against CHARLES ABRAMS, as State Rent Administrator, Respondent.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Peck, P. J., Breitel, Botein and Rabin, JJ. [See 2 A D 2d 965.]

■ HILDA BERGER et al., Doing Business as J. B. EXPRESS COMPANY, as Successors in Interest to LOUIS BERGER, Deceased, et al., Doing Business as J. B. EXPRESS CO. v. 34TH STREET GARAGE, INC.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Botein, J. P., Rabin, Frank, Valente and Bergan, JJ. [See 2 A D 2d 972.]

■ ALOYSIUS ROBERTS v. BERTHA ROBERTS.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Botein, Rabin, Frank and Valente, JJ. [See 2 A D 2d 883.]

■ ROLAND BERNER et al., as Executors of WILLIAM KAPELL, Deceased, Respondents, v. UNITED AIRLINES, INC., et al., Defendants, and BRITISH COMMONWEALTH PACIFIC AIRLINES, LTD., et al., Appellants.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Botein, J. P., Rabin, Frank, Valente and Bergan, JJ. [See *ante*, p. 9.]